IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CAROL WILKERSON, | * |
| Plaintiff, | * |
| v. | Case No. 4:22-cv-196 (CDL) |
| | * |
| KINETIC CREDIT UNION, *et al.,* | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 5, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 5th day of October, 2023.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk